## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| INGINIO HERNANDEZ, | ) | 3:13-cv-00083-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | May 21, 2014 |
| RENEE BAKER, et al., | ) | |
| Defendants | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff previously filed a motion requesting issuance of summonses as to unserved defendants. (Doc. # 51.) On May 1, 2014, the court ordered Defendants to file a supplemental notice indicating whether they would accept service on behalf of unserved defendants Nurse Kelly Lyon and Correctional officer Lyon and deferred ruling on Plaintiff's motion (Doc. # 51) insofar as it sought service on Correctional Officer Lyon. (Doc. # 64 at 2.)  The Defendants subsequently filed their supplemental notice of acceptance of service as to Kelly Lyons (Doc. # 65.)[1]  The notice also stated that the Office of the Attorney General was not authorized to accept service on behalf of Defendant Erik Lyons. (*Id*.)  Defendants filed the last known address of Correctional Officer Lyons under seal (Doc. # 67.) Therefore, the court now addresses Plaintiff's motion (Doc. # 51) insofar as it seeks issuance of a summons and service on Correctional Officer Erik Lyons.

Good cause appearing,

**IT IS HEREBY ORDERED** that the Clerk shall issue a Summons for Defendant Erik Lyons and send the same to the U.S. Marshal with the address provided under seal. (Doc. # 67.)

---

[1] The Notice filed by Defendants corrected the spelling of last names of the defendants Plaintiff identified as Nurse Lyon and Officer Lyon and provided their first names, i.e., Nurse Kelly Lyons and Correctional Officer Erik Lyons. (Doc. # 65.)

**MINUTES OF THE COURT**
3:13-cv-00083-MMD-WGC
Date:  May 21, 2014
Page 2

      **IT IS FURTHER ORDERED** that the Clerk shall send to Plaintiff a USM-285 form, a copy of the Amended Complaint (Doc. # 11), and a copy of this Order.

      **IT IS FURTHER ORDERED** that Plaintiff shall have **twenty (20) days** from the date of entry of this Order within which to complete the USM-285 form and return it along with other necessary documents to the United States Marshal for service. After Plaintiff receives information from the Marshal regarding whether or not Defendant Erik Lyons has been served, Plaintiff shall file a Notice, forthwith, informing the court of the status of that service.

      **IT IS SO ORDERED.**

                                                LANCE S. WILSON, CLERK

                                    By:  _____/s/_____
                                               Deputy Clerk