### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | | |
|---|---|---|
| INGINIO HERNANDEZ, | ) | 3:13-cv-00083-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | August 13, 2014 |
| RENEE BAKER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KATIE LYNN OGDEN</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

     Before the court is Plaintiff's motion titled: "This Motion be Brought Shall for Good Cause for Shown Under Fed R. Civ. P. 13. Pursuant to Federal Rule of Civil Procedure Civ. P. 13.." (Doc. #79) and Defendants' response (Doc. #83). The court has reviewed the motion and response and the court cannot ascertain what relief Plaintiff is seeking by way of this motion. Accordingly, the motion (Doc. # 79) is **DENIED**.

     **IT IS SO ORDERED.**

                                            LANCE S. WILSON, CLERK

                                            By:   <u>      /s/                              </u>
                                                     Deputy Clerk