UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| INGINIO HERNANDEZ, | ) | 3:13-cv-00083-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | August 13, 2014 |
| RENEE BAKER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KATIE LYNN OGDEN</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's motion titled: "This Motion Be Brought Shall in Good Cause for Shown Reason to Waving [sic] a Plaintiff's Rights to the Summons Defendants Hereby Declare and State as Follows Upon." (Doc. #80.)  Plaintiff is asking to substitute Gloria Carpenter and Michael Deweese for fictitious party John Does.  The Defendants have filed a Non-Opposition to Plaintiff's Motion (Doc. #84).

With good cause appearing, Plaintiff's motion (Doc. #80) is **GRANTED**.  The Clerk shall substitute Gloria Carpenter and Michael Deweese for the fictitious party John Does.

The office of the Attorney General shall advise the court **within ten (10) days of the date of this Order** whether they will accept service on behalf of Ms. Carpenter and Mr. Deweese, or file their last known addresses under seal. If service is accepted, an answer or other response to Plaintiff's complaint must be filed and served within twenty-one days of the date the notice of acceptance of service is filed. If the Attorney General does not accept service on behalf of of one or both of these defendants, Plaintiff must file a motion identifying the unserved defendant(s) and request issuance of a summons for such defendant(s). Plaintiff must file such motion within twenty-one days of the date the Attorney General files a notice of filing the last known address for such defendant(s) under seal. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service must be accomplished within 120 days of the date the operative complaint is filed; for these defendants, the 120 days will begin to run from the date of this Order.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: <u>      /s/                          </u>

Deputy Clerk