# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| INGINIO HERNANDEZ, | ) | 3:13-cv-00083-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | May 21, 2015 |
| RENEE BAKER, et al., | ) | |
| Defendants | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u> NONE APPEARING </u>

COUNSEL FOR DEFENDANT(S): <u> NONE APPEARING </u>

**MINUTE ORDER IN CHAMBERS:**

    Before the court is Plaintiff's motion for an extension of his copy work limit. (Doc. # 138.) Plaintiff seeks an extension in the amount of $30.00 to respond to the Defendants' motion for summary judgment. (*Id*.) Plaintiff has not explained why he needs such an excessive amount for copies, nor has he provided any documentation reflecting the balance in his inmate banking account to support his request for an extension.

    Plaintiff's failure to substantiate the need and justification for a copy work extension would normally result in a denial of the motion. However, inasmuch as the deadline for Plaintiff to submit his response to the Defendants' motion for summary judgment is rapidly approaching, the court will grant Plaintiff a copy work extension in the amount of **Ten $10.00 Dollars**.

    The Clerk shall send a copy of this order extending copywork to the Chief of Inmate Services for NDOP (P.O. Box 7011 Carson City, NV  89702) so that the funds can be properly allocated.

    Plaintiff's motion (Doc. # 138) is **GRANTED IN PART.**

    **IT IS SO ORDERED.**

    LANCE S. WILSON, CLERK

By:  <u>      /s/                                         </u>
        Deputy Clerk