UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| INGINIO HERNANDEZ, ) | 3:13-cv-00083-MMD-WGC | |
| ) | | |
| Plaintiff, ) | **MINUTES OF PROCEEDINGS** | |
| ) | | |
| vs. ) | June 17, 2015 | |
| ) | | |
| RENEE BAKER, *et al.,* ) | | |
| ) | | |
| Defendants. ) | | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  Katie Lynn Ogden    REPORTER:        FTR

COUNSEL FOR PLAINTIFF:  Inginio Hernandez, In Pro Per (Telephonically)

COUNSEL FOR DEFENDANTS:  Benjamin R. Johnson (Telephonically)

**MINUTE ORDER IN CHAMBERS: Motion Hearing**

10:04 a.m.  Court convenes.

The court holds today's conference regarding Plaintiff's motion to extend time to respond to Defendants' motion for summary judgment (Doc. # 142) and Plaintiff's motion for copywork extension (Doc. # 144).

The court first addresses Plaintiff's request for copywork extension.  Specifically, the court inquires as to what and how many documents relative to Plaintiff's three causes of action that he anticipates to copy.  Plaintiff lists a number of medical kites and grievances to which he would be making copies of in order to oppose the Defendants' motion for summary judgment.

The court explains to Plaintiff that, of those grievances and medical kites he lists, only those that pertain to his three claims, would be necessary for him to include in his response to Defendants' motion for summary judgment.  The court reviews with Plaintiff the three claims that remain in this action.  The court refers to Doc. # 10, Screening Order.

DAG Johnson advises the court that, according to Nevada Department of Corrections inmate banking, the $10.00 copywork extension recently granted to Plaintiff (Doc. # 130) is still available for him to use.  Although DAG Johnson does not state an objection to Plaintiff's request for an extension of copywork, he suggests Plaintiff may not necessarily need to submit every grievance and kite to adequately respond to the Defendants' motion for summary

Minutes of Proceedings
3:13-cv-00083-MMD-WGC
June 17, 2015

judgment.

      The court will allow for one additional extension of copywork.  Once again, Plaintiff is cautioned that any grievances or kites he intends to include with his response should be specific to the three claims in this case.  Therefore, Plaintiff's motion for copywork extension (Doc. # 144) copywork is **GRANTED in part** and **DENIED in part** to the extent Plaintiff shall have an additional $20.00 copywork extension.

      The court next addresses Plaintiff's request to extend time.  This is Plaintiff's third request to extend time relative to Defendants' motion for summary judgment (Doc. # 132).  The latest extension of time provided Plaintiff up to July 1, 2015, to file his response to the Defendants' dispositive motion (Doc. # 141).

      DAG Johnson states no objection to Plaintiff's third request for an extension of time to file a response to the Defendants' motion for summary judgment.

      The court will also allow for one final extension of time.  Therefore, Plaintiff's motion for extension of time (Doc. # 142) is **GRANTED in part** and **DENIED in part**.  Plaintiff shall have up to and including **Monday, August 3, 2015**, to file a response to Defendants' motion for summary judgment (Doc. # 142).

**IT IS SO ORDERED.**

10:34 a.m.  Court adjourns.

                              LANCE S. WILSON, CLERK

                              By:  _____/s/_____
                                  Katie Lynn Ogden, Deputy Clerk