UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| INGINIO HERNANDEZ,<br><br>        Plaintiff,<br> v.<br><br>RENEE BAKER, et al.,<br><br>        Defendants. | Case No. 3:13-cv-00083-MMD-WGC<br><br>ORDER |

  The Court denied summary judgment on count III relating to Plaintiff's Eighth Amendment use of excessive force claim, and referred this case for settlement conference. (ECF Nos. 175, 176.)  The settlement conference is scheduled for May 17, 2016. (ECF No. 179.) If the parties are unable to resolve this case, the Court will schedule trial on Plaintiff's remaining claim.

  Pending before the Court are two motions. To the extent Plaintiff's motion for extension (ECF No. 190) seeks to extend the time to file a notice of appeal, it is denied because the time for Plaintiff to file an appeal is not yet triggered. Plaintiff filed a document that he titled in part as "This motion have been made an in good faithfully by answer and response in replace the defendants as a they motions in opposition of a plaintiff motions for his reconsidering facts" ("Motion"). (ECF No. 195.) Plaintiff referenced ECF No. 186 — his motion for reconsideration — which the Court has denied (ECF No. 194). It appears that Plaintiff's Motion is a reply in support of his motion for reconsideration. To the extent Plaintiff is filing another motion for reconsideration, it is denied.

It is therefore ordered that Plaintiff's motions (ECF No. 190, 195) are denied

DATED THIS 10th day of May 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE