## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| INGINIO HERNANDEZ, | ) | 3:13-cv-00083-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | November 7, 2016 |
| RENEE BAKER, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE OGDEN      REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's motion requesting an extension of his copy work limit in the amount of $50.00 (ECF No. 219.)  Plaintiff states he has exceeded his copy work limit and needs the extension so he can make copies to serve on this Court and the Defendants.

It is the Court's understanding that copy rates at Nevada Department of Corrections facilities are generally $.10 per page.  Plaintiff has not demonstrated why he requires an additional 500 pages of copy work.

Plaintiff's motion (ECF No. 219) is **GRANTED IN PART.**  Plaintiff's copy work limit shall be increased by **$25.00**.  The Clerk shall send a copy of this order extending copy work to the Chief of Inmate Services for NDOP (P.O. Box 7011 Carson City, NV  89702) so that the funds can be properly allocated.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK
By:        /s/
      Deputy Clerk