UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| INGINIO HERNANDEZ,<br><br>                  Plaintiff,<br>v.<br>RENEE BAKER, et al.,<br><br>                  Defendants. | Case No. 3:13-cv-00083-MMD-WGC<br><br>ORDER |

The Court finds that because of obvious language barriers for Plaintiff, it will be necessary for the Court to secure Spanish interpreters to assist the Court in overseeing the trial, and to promote judicial economy and ensure fairness of the trial. In fact, Defendants recognize the challenges posed to the scheduled trial without the service of Spanish interpreters. (*See* ECF No. 245.) Absent Spanish interpreters, it will be difficult, if not impossible, for Defendants to cross examine Plaintiff, for Plaintiff to present his case, for the parties to understand the claims and defenses, and for the jury to understand Plaintiff. At a minimum, securing Spanish interpreters for the trial will benefit both the Court and counsel for Defendants. Accordingly, the Court has successfully applied to utilize funds from non-appropriated funds consisting of attorney admission fees ("the Funds") to secure the services of non-certified Spanish interpreters to provide interpretation for the parties, the Court and the jury during the course of trial. In the event Plaintiff were to prevail, the costs of retaining the interpreters may be taxed against Defendants for purposes of reimbursing the Funds.

1 | Defendants' Motion to Hold Trial in Abeyance for Plaintiff to Secure the Services
2 | of a Court-approved Translator/Interpreter for Trial (ECF No. 245) is denied as moot.
3 | DATED THIS 26th day of January 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2