UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| INGINIO HERNANDEZ,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br>RENEE BAKER, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:13-cv-00083-MMD-WGC<br><br>ORDER |

　　　　This Court previously denied Defendants' motion for summary judgment as to count III. (ECF No. 175.) Trial is set on the February 28, 2017, trial stack. (ECF No. 222.) Plaintiff has filed numerous motions which lack merits and will be denied.

　　　　Plaintiff filed two motions for summary judgment (ECF Nos. 237, 239), which are denied for the following reasons: (1) the deadline to file dispositive motions has expired; (2) Plaintiff has not sought leave to file successive motions for summary judgment; and (3) Plaintiff's motions are frivolous in light of the Court's reason for denying summary judgment in favor of Defendants — that a genuine issue of material fact exists to preclude summary judgment.  Plaintiff filed four motions in limine (ECF Nos. 227, 228, 229, 230) that appear to ask for summary judgment in his favor. These motions are denied for the same reasons.

　　　　Plaintiff filed a motion in limine in which he appears to ask for appointment of counsel (ECF No. 224), however, the Court has denied Plaintiff's four previous motions for appointment of counsel (ECF No. 206) and Plaintiff has failed to offer a valid reason for the Court to reconsider. While Plaintiff will need a Spanish interpreter because of

language barriers, the Court has secured Spanish interpreters for the trial. (ECF No. 247.) Based on Plaintiff's prosecution of this case, his ability to articulate his claim with the help of an interpreter and the uncomplicated single count that is proceeding to trial, the Court again finds that Plaintiff has not demonstrated extraordinary circumstances that justify appointment of counsel. Plaintiff's motion for appointment of counsel (ECF No. 224) will be denied.

It is therefore ordered that Plaintiff's motions for summary judgment and motions in limine (ECF Nos. 224, 227, 228, 229, 230, 237, 239) are denied.

DATED THIS 30th day of January 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE