UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| INGINIO HERNANDEZ,<br><br>　　　　　　　Plaintiff,<br>　v.<br>RENEE BAKER, et al.,<br><br>　　　　　　　Defendants. | Case No. 3:13-cv-00083-MMD-WGC<br><br>ORDER |

This matter is referred to the Court for the limited purpose of determining whether *in forma pauperis* status should continue on appeal. (ECF No.300.) This Court certifies that Plaintiff's appeal is not frivolous and his *in forma pauperis* should continue on appeal.

DATED THIS 14th day of July 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE