UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| INGINIO HERNANDEZ, | Case No. 3:13-cv-00083-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| RENEE BAKER, *et al.*, | |
| Defendants. | |

Before the Court is Plaintiff's motion for transcript of the trial. (ECF No. 302.) The Court previously certified that Plaintiff's appeal is not frivolous and his *in forma pauperis* status should continue on appeal. (ECF No. 301.) Accordingly, the Court grants Plaintiff's motion (ECF No. 302) pursuant to 28 U.S.C. §753(f). The Court authorizes the production of the court reporter's transcripts of the trial. The Clerk is directed to send Plaintiff a copy of the trial transcripts when they have been produced.

DATED THIS 8th day of January 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE